MORRIS PLAN COMPANY OF NEW YORK, Respondent, *v.* GLOBE INDEMNITY COMPANY, Appellant.

(Submitted June 2, 1930; decided June 10, 1930.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 253 N. Y. 496.)

HYWIS HOLDING CORPORATION, Appellant, *v.* ROCQUET REALTY CORPORATION, Respondent.

(Submitted June 2, 1930; decided June 10, 1930.)

*Bernard Fliashnick* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.